Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19197−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jefta S. Bernhard
  aka Jefta Bernard, aka Jefta Steve Bernhard
  163 Upper Ferry Road
  Ewing, NJ 08628

Social Security No.:
  xxx−xx−3908

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          11/20/24
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 23, 2024
JAN: mrg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Jefta S. Bernhard  
    Debtor

Case No. 24-19197-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 23, 2024      Form ID: 132      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefta S. Bernhard, 163 Upper Ferry Road, Ewing, NJ 08628-1530 |
| 520395016 | + | Harley Davidson Credit Corporation, 9850 Double R Blvd Suite 100, Reno, NV 89521-2987 |
| 520395025 | + | Mr. Cooper Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 520395028 | + | State of NJ/Div Taxation, Bankruptcy Unit, PO Box 245-Bankruptcy, Trenton, NJ 08695-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520395003 | + | Email/PDF: bncnotices@becket-lee.com | Sep 23 2024 21:03:46 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520395005 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 20:53:20 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520395006 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 23 2024 20:54:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 520395007 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 23 2024 20:55:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520395008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2024 20:52:58 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520395010 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 23 2024 21:03:51 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 520399830 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2024 21:03:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520395011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2024 20:53:23 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520395012 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 23 2024 20:55:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520395013 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 23 2024 21:03:35 | Dept of ED/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520395014 | + | Email/Text: mrdiscen@discover.com | Sep 23 2024 20:54:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520395015 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 23 2024 20:54:00 | Goldman Sachs and Co, PO Box 70321, Philadelphia, PA 19176-0321 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520395017 | + | Email/Text: bankruptcy@huntington.com | Sep 23 2024 20:55:00 | Huntington National Bank, PO BOX 1558, Columbus, OH 43216-1558 |
| 520395018 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 23 2024 20:54:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520395019 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2024 20:54:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520395020 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2024 21:03:37 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 520395021 | ^ | MEBN | Sep 23 2024 20:45:36 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520395022 | | Email/Text: camanagement@mtb.com | Sep 23 2024 20:55:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 520395023 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2024 20:54:00 | McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 520395024 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2024 20:54:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520395026 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2024 20:54:00 | Nationstar Mortgage/Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520395027 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2024 20:53:26 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 520395029 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 23 2024 20:54:00 | Sunrise Credit Services, 8 Corporate Center Dr, Suite 300, Melville, NY 11747-3193 |
| 520395030 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:51:42 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520395031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:51:45 | Synchrony Bank/American Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 520395032 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:52:23 | Synchrony Bank/VENMO, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520395033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2024 20:52:24 | The Home Depot/Citibank, PO Box 965015, Orlando, FL 32896-5015 |
| 520395034 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 23 2024 21:03:37 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520395004 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520395009 | *+ | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Sep 23, 2024      Form ID: 132      Total Noticed: 34

Date: Sep 25, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Erik M. Helbing | on behalf of Debtor Jefta S. Bernhard ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4