Certificate Number: 16339-NJ-DE-038954882

Bankruptcy Case Number: 24-19197



16339-NJ-DE-038954882

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2024, at 12:32 o'clock AM EDT, Jefta Bernhard completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 11, 2024            By:     /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor