| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-19197 / MEH**

Jefta S. Bernhard

Petition Filed Date: 09/17/2024
341 Hearing Date: 10/24/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/07/2024 | $904.00 | | 11/21/2024 | $904.00 | | 12/09/2024 | $904.00 | |
| 12/23/2024 | $904.00 | | | | | | | |

**Total Receipts for the Period: $3,616.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,424.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jefta S. Bernhard | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Erik M. Helbing, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,000.00 | $0.00 | $3,000.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,220.44 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $4,920.63 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2022-2023 | Priority Creditors | $3,184.05 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $220.04 | $0.00 | $0.00 |
| 5 | MERRICK BANK | Unsecured Creditors | $2,820.93 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,393.96 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $12,009.78 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,310.70 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $3,902.08 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $7,469.57 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $3,426.88 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $9,225.15 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,170.11 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COSTCO | Unsecured Creditors | $11,466.63 | $0.00 | $0.00 |
| 15 | CITIBANK, N.A.<br>»»  MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $8,842.67 | $0.00 | $0.00 |
| 16 | CITIBANK, N.A.<br>»»  CITI BUSINESS MC | Unsecured Creditors | $9,017.21 | $0.00 | $0.00 |
| 17 | M&T BANK<br>»»  P/163 UPPER FERRY RD/1ST MTG | Mortgage Arrears | $45,253.52 | $0.00 | $0.00 |
| 18 | HARLEY-DAVIDSON CREDIT CORP.<br>»»  2022 HARLEY DAVIDSON FL TRX ROAD GLIDE | Debt Secured by Vehicle | $8,215.58 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-19197 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MASTERCARD WORLD ELITE | Unsecured Creditors | $4,304.28 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VENMO | Unsecured Creditors | $3,249.04 | $0.00 | $0.00 |
| 21 | CITIBANK, N.A.<br>»» THE HOME DEPOT CONSUMER CC | Unsecured Creditors | $691.80 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AMAZON STORE CARD | Unsecured Creditors | $2,019.56 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AEO INC VISA CARD | Unsecured Creditors | $1,129.33 | $0.00 | $0.00 |
| 24 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $399.16 | $0.00 | $0.00 |
| 25 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,081.53 | $0.00 | $0.00 |
| 26 | NJ DIVISION OF TAXATION<br>»»  2022-2023 EST TAXES | Priority Creditors<br>Hold Funds: Estimated | $2,213.17 | $0.00 | $0.00 |
| 27 | CAPITAL ONE AUTO FINANCE<br>»»  2021 KIA SELTOS | Unsecured Creditors | $17,178.19 | $0.00 | $0.00 |
| 28 | US Bank Trust National Association<br>»»  NP/813 2ND ST/1ST MTG/NATIONSTAR | Mortgage Arrears | $15,605.41 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»»  LOWES BUSINESS REVOLVING | Unsecured Creditors | $1,583.00 | $0.00 | $0.00 |
| 30 | THE HUNTINGTON NATIONAL BANK<br>»»  2020 SUBUARU CROSSTREK | Debt Secured by Vehicle | $340.22 | $0.00 | $0.00 |
| 31 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED | Unsecured Creditors | $2,444.23 | $0.00 | $0.00 |
| 32 | NJ DIVISION OF TAXATION<br>»»  2019 EST TAXES | Unsecured Creditors<br>Hold Funds: Estimated | $1,404.92 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,424.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,960.00 |
| Paid to Trustee: | $461.04 | Arrearages: | $0.00 |
| Funds on Hand: | $4,962.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

