Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−19197−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jefta S. Bernhard
   aka Jefta Bernard, aka Jefta Steve Bernhard
   163 Upper Ferry Road
   Ewing, NJ 08628

Social Security No.:
   xxx−xx−3908

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 23, 2024 and a confirmation hearing on such Plan has been scheduled for March 5, 2025.

The debtor filed a Modified Plan on February 10, 2025 and a confirmation hearing on the Modified Plan is scheduled for March 26, 2025 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: February 10, 2025
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                     Case No. 24-19197-MEH

Jefta S. Bernhard                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                   Page 1 of 4

Date Rcvd: Feb 10, 2025                          Form ID: 186                              Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefta S. Bernhard, 163 Upper Ferry Road, Ewing, NJ 08628-1530 |
| 520395016 | + | Harley Davidson Credit Corporation, 9850 Double R Blvd Suite 100, Reno, NV 89521-2987 |
| 520395025 | + | Mr. Cooper Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 520395028 | + | State of NJ/Div Taxation, Bankruptcy Unit, PO Box 245-Bankruptcy, Trenton, NJ 08695-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520487925 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 10 2025 20:56:13 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520395003 | + | Email/PDF: bncnotices@becket-lee.com | Feb 10 2025 20:55:39 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520439020 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2025 20:56:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520395005 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2025 21:06:34 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520395006 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2025 20:48:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 520395007 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 10 2025 20:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520395008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 20:56:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520395010 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 10 2025 20:56:15 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 520399830 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2025 21:19:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520465471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2025 20:55:38 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520395011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2025 20:56:17 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520450345 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2025 21:06:40 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

Case 24-19197-MEH    Doc 31    Filed 02/12/25    Entered 02/13/25 00:13:32    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 186 | Total Noticed: 52 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Pl, Sioux Falls, SD 57108-5027 |
| 520395012 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 10 2025 20:49:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520395013 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 10 2025 20:56:07 | Dept of ED/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520400729 | Email/Text: mrdiscen@discover.com | Feb 10 2025 20:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520395014 | + Email/Text: mrdiscen@discover.com | Feb 10 2025 20:47:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520395015 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2025 20:48:00 | Goldman Sachs and Co, PO Box 70321, Philadelphia, PA 19176-0321 |
| 520454539 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 10 2025 20:47:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520395017 | + Email/Text: bankruptcy@huntington.com | Feb 10 2025 20:49:00 | Huntington National Bank, PO BOX 1558, Columbus, OH 43216-1558 |
| 520395018 | + Email/Text: Bankruptcy@ICSystem.com | Feb 10 2025 20:48:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520395019 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2025 20:48:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520454655 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2025 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520395020 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2025 20:55:42 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 520429581 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 10 2025 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520395021 | ^ MEBN | Feb 10 2025 20:37:32 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520454335 | Email/Text: camanagement@mtb.com | Feb 10 2025 20:49:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520395022 | Email/Text: camanagement@mtb.com | Feb 10 2025 20:49:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 520395023 | Email/Text: BankruptcyECFMail@mccalla.com | Feb 10 2025 20:48:00 | McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 520413187 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2025 20:56:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520395024 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2025 20:47:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520466907 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2025 20:47:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520395026 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2025 20:47:00 | Nationstar Mortgage/Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520450263 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2025 21:06:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520395027 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2025 21:06:37 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 520461871 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2025 20:55:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520395029 | + Email/Text: bankruptcy@sunrisecreditservices.com | Feb 10 2025 20:48:00 | Sunrise Credit Services, 8 Corporate Center Dr, Suite 300, Melville, NY 11747-3193 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520467371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2025 20:55:52 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520395030 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 20:56:09 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520395031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 20:56:09 | Synchrony Bank/American Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 520395032 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 21:06:39 | Synchrony Bank/VENMO, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520395033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 20:56:12 | The Home Depot/Citibank, PO Box 965015, Orlando, FL 32896-5015 |
| 520468216 | + | Email/Text: bankruptcy@huntington.com | Feb 10 2025 20:49:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 520505783 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2025 20:47:00 | US BANK TRUST NATIONAL ASSOCIATION, et al., Rushmore Servicing, P.O Box 619096, Dallas, TX 75261-9096 |
| 520505784 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2025 20:47:00 | US BANK TRUST NATIONAL ASSOCIATION, et al., Rushmore Servicing, P.O Box 619096, Dallas, TX 75261-9741, US BANK TRUST NATIONAL ASSOCIATION, et a, Rushmore Servicing 75261-9096 |
| 520395034 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2025 21:06:27 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 520431710 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2025 20:56:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520395004 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520439028 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439030 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439021 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439025 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520395009 | *+ | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520401623 | * | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520429704 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik M. Helbing | on behalf of Debtor Jefta S. Bernhard ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7