| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Harley-Davidson Credit Corp.* | Order Filed on March 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jefta S. Bernhard<br>*aka* Jefta Bernard<br>*aka* Jefta Steve Bernhard<br><div align="right">Debtor.</div> | Chapter: 13<br><br>Case No.: 24-19197-MEH<br><br>Hearing Date: April 16, 2025<br><br>Judge Mark Edward Hall |

**CONSENT ORDER GRANTING MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 28, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Jefta S. Bernhard
Case No.: 24-19197-MEH
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay filed by Nissan Harley-Davidson Credit Corp. ("Creditor"), whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2022 Harley-Davidson FLTRX Road Glide, VIN: 1HD1KHC15NB600623** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

3. The 14-day stay under Rule 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED:**


*/s/ Erik M. Helbing*                                    */s/Gavin N. Stewart*
Erik M. Helbing, Esq.                                    Gavin N. Stewart, Esq.
Helbing Law, LLC                                         Stewart Legal Group, P.L.
109 West Broad Street                                    401 East Jackson Street, Suite 2340
Tamaqua, PA 18252                                        Tampa, FL 33602
*Counsel for Debtor*                                     *Counsel for Creditor*