| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Harley-Davidson Credit Corp.* |
| In re:<br><br>Jefta S. Bernhard<br>*aka* Jefta Bernard<br>*aka* Jefta Steve Bernhard<br><br>                                    Debtor. |

Order Filed on March 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 24-19197-MEH

Hearing Date: April 16, 2025

Judge Mark Edward Hall

**CONSENT ORDER GRANTING MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 28, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Jefta S. Bernhard
Case No.: 24-19197-MEH
Caption of Order: **CONSENT ORDER VACATING THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay filed by Nissan Harley-Davidson Credit Corp. ("Creditor"), whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2022 Harley-Davidson FLTRX Road Glide, VIN: 1HD1KHC15NB600623** ("Vehicle").

2. Creditor has complete relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

3. The 14-day stay under Rule 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED:**


*/s/ Erik M. Helbing*                        */s/Gavin N. Stewart*
Erik M. Helbing, Esq.                        Gavin N. Stewart, Esq.
Helbing Law, LLC                             Stewart Legal Group, P.L.
109 West Broad Street                        401 East Jackson Street, Suite 2340
Tamaqua, PA 18252                            Tampa, FL 33602
*Counsel for Debtor*                         *Counsel for Creditor*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19197-MEH |
| Jefta S. Bernhard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jefta S. Bernhard, 163 Upper Ferry Road, Ewing, NJ 08628-1530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 30, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik M. Helbing | on behalf of Debtor Jefta S. Bernhard ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Laura M. Egerman
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8