Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−19197−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jefta S. Bernhard
   aka Jefta Bernard, aka Jefta Steve Bernhard
   163 Upper Ferry Road
   Ewing, NJ 08628

Social Security No.:
   xxx−xx−3908

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 29, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jefta S. Bernhard  
Debtor

Case No. 24-19197-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 29, 2025      Form ID: 148      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefta S. Bernhard, 163 Upper Ferry Road, Ewing, NJ 08628-1530 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| 520395016 | + | Harley Davidson Credit Corporation, 9850 Double R Blvd Suite 100, Reno, NV 89521-2987 |
| 520395025 | + | Mr. Cooper Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 520395028 | + | State of NJ/Div Taxation, Bankruptcy Unit, PO Box 245-Bankruptcy, Trenton, NJ 08695-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520487925 | + | EDI: MAXMSAIDV | May 30 2025 00:36:00 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520395003 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2025 21:13:18 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520439020 | | Email/PDF: bncnotices@becket-lee.com | May 29 2025 21:24:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520395005 | + | EDI: CITICORP | May 30 2025 00:36:00 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520395006 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 29 2025 20:49:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 520395007 | + | EDI: TSYS2 | May 30 2025 00:36:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520395008 | + | EDI: CAPITALONE.COM | May 30 2025 00:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520395010 | + | EDI: CAPONEAUTO.COM | May 30 2025 00:36:00 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 520399830 | + | EDI: AISACG.COM | May 30 2025 00:36:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520465471 | + | EDI: AISACG.COM | May 30 2025 00:36:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520395011 | + | EDI: CITICORP | May 30 2025 00:36:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |

Case 24-19197-MEH    Doc 46    Filed 05/31/25    Entered 06/01/25 00:15:31    Desc Imaged
                            Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: 148 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520450345 | | EDI: CITICORP | May 30 2025 00:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520395012 | + | EDI: CCS.COM | May 30 2025 00:36:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 520395013 | + | EDI: MAXMSAIDV | May 30 2025 00:36:00 | Dept of ED/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520400729 | | EDI: DISCOVER | May 30 2025 00:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520395014 | + | EDI: DISCOVER | May 30 2025 00:36:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520395015 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 29 2025 20:49:00 | Goldman Sachs and Co, PO Box 70321, Philadelphia, PA 19176-0321 |
| 520454539 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 29 2025 20:49:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520395017 | + | Email/Text: bankruptcy@huntington.com | May 29 2025 20:50:00 | Huntington National Bank, PO BOX 1558, Columbus, OH 43216-1558 |
| 520395018 | + | EDI: LCIICSYSTEM | May 30 2025 00:36:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520395019 | | EDI: IRS.COM | May 30 2025 00:36:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520454655 | | EDI: JEFFERSONCAP.COM | May 30 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520395020 | + | EDI: JPMORGANCHASE | May 30 2025 00:36:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520429581 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 29 2025 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520395021 | ^ | MEBN | May 29 2025 20:45:51 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520454335 | | Email/Text: camanagement@mtb.com | May 29 2025 20:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520395022 | | Email/Text: camanagement@mtb.com | May 29 2025 20:50:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 520395023 | | Email/Text: BankruptcyECFMail@mccalla.com | May 29 2025 20:49:00 | McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 520413187 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2025 21:00:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520395024 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2025 20:49:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520466907 | | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2025 20:49:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520395026 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2025 20:49:00 | Nationstar Mortgage/Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520450263 | | EDI: PRA.COM | May 30 2025 00:36:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520395027 | | EDI: PRA.COM | May 30 2025 00:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 520461871 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2025 21:13:50 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520395029 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |

Case 24-19197-MEH   Doc 46   Filed 05/31/25   Entered 06/01/25 00:15:31   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2025 | Form ID: 148 | Total Noticed: 53 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 29 2025 20:49:00 | Sunrise Credit Services, 8 Corporate Center Dr, Suite 300, Melville, NY 11747-3193 |
| 520467371 | + | EDI: AISACG.COM | May 30 2025 00:36:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520395030 | + | EDI: SYNC | May 30 2025 00:36:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 520395031 | + | EDI: SYNC | May 30 2025 00:36:00 | Synchrony Bank/American Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 520395032 | + | EDI: SYNC | May 30 2025 00:36:00 | Synchrony Bank/VENMO, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520395033 | + | EDI: SYNC | May 30 2025 00:36:00 | The Home Depot/Citibank, PO Box 965015, Orlando, FL 32896-5015 |
| 520468216 | + | Email/Text: bankruptcy@huntington.com | May 29 2025 20:50:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 520505783 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2025 20:49:00 | US BANK TRUST NATIONAL ASSOCIATION, et al., Rushmore Servicing, P.O Box 619096, Dallas, TX 75261-9096 |
| 520505784 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 29 2025 20:49:00 | US BANK TRUST NATIONAL ASSOCIATION, et al., Rushmore Servicing, P.O Box 619096, Dallas, TX 75261-9741, US BANK TRUST NATIONAL ASSOCIATION, et a, Rushmore Servicing 75261-9096 |
| 520395034 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 29 2025 21:13:18 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 520431710 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 29 2025 21:13:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520395004 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520439025 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439028 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439030 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520439021 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520395009 | *+ | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520401623 | * | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520429704 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Erik M. Helbing | on behalf of Debtor Jefta S. Bernhard ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com;helbing.erikm.b132500@notify.bestcase.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor RUSHMORE SERVICING  THE SERVICING AGENT FOR US BANK TRUST NATIONAL ASSOCIATION laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9